# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KENDALL SHAKUR,

      Plaintiff,

v.                                    Case No:   6:24-cv-55-GAP-DCI

QUICK GRAB N GO LLC and
HASEEB A. KHAN,

      Defendants

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal (Doc. 9), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

Plaintiff is notified that, to the extend that the proposed settlement agreement at Doc. 7, which was stricken, remains in existence, it will not be enforceable as a settlement of Plaintiff's FLSA claims in the future unless and until it is approved by this Court.   *See Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 12, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties